**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Andrea Joy JAMES, a/k/a Dee,
Defendant–Appellant.**

**No. 02–7685.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2003.

Decided March 13, 2003.

Andrea Joy James, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, John Samuel Bowler, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Andrea Joy James seeks to appeal the district court's order denying relief on her motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that James has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039–40, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*